UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN R. SKALA and ) | CIVIL ACTION NO. |
| MARYANN SKALA ) | 3:17-CV-827-VLB |
|    Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| ENFIELD NISSAN, INC. D/B/A ) | |
| LIA NISSAN ) | |
|    Defendant ) | |
| _____ ) | JULY 26, 2017 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, John R. Skala and Maryann Skala, through their attorney, hereby give notice that the plaintiffs' claims shall be dismissed with prejudice and without costs or attorney's fees.

                                          PLAINTIFFS, JOHN R. SKALA and Mary
                                          SKALA,

                                          By: /s/ *Daniel S. Blinn*
                                               Daniel S. Blinn (ct02188)
                                               dblinn@consumerlawgroup.com
                                               Consumer Law Group, LLC
                                               35 Cold Spring Rd. Suite 512
                                               Rocky Hill, CT  06067
                                               Tel. (860) 571-0408
                                               Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 26th day of July, 2017, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                     /s/ *Daniel S. Blinn*
                                     **Daniel S. Blinn**